IN THE SUPREME COURT OF THE STATE OF DELAWARE

COREY BERRY,                          §
                                      §   No. 88, 2021
 Appellant Below,                §
 Appellant,                      §   Court Below—Superior Court
                                      §   of the State of Delaware
v.                                    §
                                      §   C.A. No. K20A-08-002
MITRA QSR KNE LLC, DBA                §
KENTUCKY FRIED CHICKEN,               §
                                      §
 Appellee Below,                 §
 Appellee.                       §

Submitted:  August 2, 2021
Decided:  August 11, 2021

## ORDER

On June 1, 2021, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of May 7, 2021. The appellant requested an extension to retain an attorney. The Court granted the appellant an extension until July 30, 2021 to file his opening brief. The Court warned the appellant that if he did not file an opening brief by July 30, 2021, his appeal would be dismissed as unopposed without further notice. The appellant has not filed an opening brief. This appeal is therefore dismissed as unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2)

and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice